HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
CHRISTOPHER ABPLANALP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER ABPLANALP,<br>Defendant. | Case No. 2:26-CR-00156-DAD<br>**STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE**<br>JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant CHRISTOPHER ABPLANALP, through their respective attorneys that the release conditions imposed on Mr. Abplanalp on September 8, 2026 (Doc. 6) be modified to allow for participation in a mental health treatment program. The parties request to add the following condition to Mr. Abplanalp's conditions of release:

16. Y***ou must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.***

The proposed modifications are supported by his Pretrial Services Officer. All other conditions shall remain in force.

//

DATED: September 10, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for CHRISTOPHER ABPLANALP

DATED: September 10, 2026

ERIC GRANT
United States Attorney

/s *Dhruv Sharma*
DHRUV SHARMA
Assistant United States Attorney

ORDER

The following release condition will be added for Mr. Abplanalp as follows:

N. ***You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer***

Dated: September 10, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE